UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **CHRISTINA CHARLES**, individually and on behalf of all similarly situated individuals, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:19-cv-02260-RLY-MJD<br>) |
| **CAREER HORIZONS, INC. d/b/a TSD GLOBAL**, | )<br>)<br>)<br>) |
| Defendant | )<br>) |

## UNOPPOSED MOTION FOR COURT APPROVAL OF FLSA SETTLEMENT

COMES NOW, CHRISTINA CHARLES, individually and on behalf of the 185 Opt-in Plaintiffs, by and through the undersigned attorneys, and moves this Court for an Order granting this Unopposed Motion for Court Approval of FLSA Settlement as a reasonable compromise of a *bona fide* dispute over the alleged overtime claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. This Motion is based on the Memorandum of Law and its accompanying exhibits, and all the filings in the Court's records for this case. Because this settlement is a fair and reasonable resolution of a *bona fide* dispute between the Parties, and because Defendant does not oppose the instant motion, Plaintiff respectfully requests the Court enter an Order approving the settlement.

Dated: July 28, 2021  Respectfully submitted,

*/s/ Jacob R. Rusch*
Jacob R. Rusch (MN Bar No. 391892)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
Saint Paul, Minnesota 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
Email: jrusch@johnsonbecker.com
*Trial Counsel for Plaintiffs*

Robert T. Dassow (IN Bar No. 15145-64)
**HOVDE DASSOW & DEETS, LLC**
10201 N. Illinois Street, Suite 500
Indianapolis, IN 46290
Telephone: (317) 818-3100
Fax: (317) 818-3111
Email: rdassow@hovdelaw.com
*Local Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 28, 2021, a copy of the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ Jacob R. Rusch*
                                          Jacob R. Rusch