UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **CHRISTINA CHARLES**, individually and on behalf of all similarly situated individuals,<br><br>        Plaintiff,<br><br>        v.<br><br>**CAREER HORIZONS, INC. d/b/a TSD GLOBAL**,<br><br>        Defendant | No. 1:19-cv-02260-RLY-MJD |

## ORDER

This matter came before the Court upon Plaintiff Christina Charles' Unopposed Motion for Court Approval of FLSA Settlement. The Court having considered the Unopposed Motion, along with the memorandum of law in support, exhibits, and declaration, and being fully advised on its premises, hereby ORDERS as follows:

1. The Court hereby accepts and approves the proposed settlement as a fair and reasonable resolution of a *bona fide* dispute between the Parties over the provisions of the Fair Labor Standards Act. Plaintiff's Counsel's negotiated attorneys' fees and costs are reasonable and are approved.

2. The Court orders that the settlement payments be distributed in the amounts as identified in Exhibit A to the Settlement Agreement and that the settlement payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

3. The above entitled Action is hereby DISMISSED WITH PREJUDICE; each party

to bear its own attorneys' fees and costs, except as otherwise provided by the Settlement Agreement.

SO ORDERED this 29th day of July 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

2